**LAW OFFICE OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN:118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814

Attorney for Defendant
BENJAMIN CUNHA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00321-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;FINDINGS AND ORDER |
| v. | |
| BENJAMIN CUNHA, | DATE: November 12, 2013 |
| Defendant. | TIME: 9:45 a.m. |
| | COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on November 12, 2013.

2.     By this stipulation, defendant now moves to continue the status conference until January 28, 2014 at 9:45 a.m., and to exclude time between November 12, 2013, and January 28, 2014 under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes seven DVDs containing 2527 pages of reports, documents and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  This discovery relates to conduct dating back to the year of 2007.

b)     Counsel for defendant desires additional time to review discovery in this matter, to conduct investigation and research related to the charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2013 to January 28, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  November 8, 2013                          BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ Michael D. Anderson
                                                  Michael D. Anderson
                                                  Assistant United States Attorney


Dated:  November 8, 2013                          /s/ Johnny L. Griffin, III
                                                  Johnny L. Griffin, III
                                                  Counsel for Defendant
                                                  BENJAMIN CUNHA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of November, 2013

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE